UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JON BOLES, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Civil Action No. 3:19-CV-2367-X |
| § | |
| NAVARRO COLLEGE, § | |
| § | |
| *Defendant.* § | |

## DISMISSAL ORDER

In accordance with the parties' Notice of Dismissal [Doc. 129], the Court **DISMISSES WITH PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 30th day of March, 2023

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1